*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-481**

IN RE: STANLEY E. GREENIDGE,
                    Respondent.
**Bar Registration No. 113993**

BEFORE:  Beckwith, Associate Judge, and Nebeker and Terry, Senior Judges.

**ORDER**
(FILED - August 21, 2014)

On consideration of the certified order suspending respondent for a period of one year, all but three months stayed, followed by a nine-month probation in the state of Massachusetts, this court's May 20, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, the statement of Bar Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Stanley E. Greenidge is hereby suspended for a period of one year, all but three months stayed, followed by a nine-month probationary period subject to the terms imposed by the state of Massachusetts. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar. R. XI, §14 (g).

**PER CURIAM**